# SUIT NO. 4:25-03411

## UNITED STATES DISTRICT COURT (HOUSTON)

### 515 RUSK HOUSTON TEXAS 77002

CITY OF HOUSTON     VS.     BRUCE ALLEN JACKSON JR.

RESPONDANT

BRUCE ALLEN JACKSON JR. (SUI-JURIS)

## "COUNTER CLAIM"

Counter Claim Against The City Of Houston, Linebarger Goggan Blair Sampson

United States Courts
Southern District of Texas
FILED

SEP 16 2025

Nathan Ochsner, Clerk of Court

CIVIL ACTION 4:25-cv-04311

## CERTIFICATE OF SERVICE

I Bruce Jackson Jr. certify that a copy of this document was sent to the attorney on record on the filing day.

SEPTEMBER 16, 2025

Angelica Hernandez, Linebarger Goggan Blair & Sampson, LLP, Attorney for Houston Community College, City of Houston, and Houston Independent School District, P.O. Box 3064, Houston, TX 77253.

## CONTENTS

**COUNTER CLAIM--- FIVE PAGES**

**THIS SERVICE CONSIST OF FIVE PAGES**

SEPTEMBER 16, 2025   Bruce Allen Jackson Jr. 5503 Chapman, Houston Texas 77009

Phone 832) 613-1564  *Bruce Jackson JR*

**COUNTER CLAIM**  SEPTEMBER 16, 2025

CITY OF HOUSTON

United States District Court
Civil Action No. 4:25-cv-4311
JUDGE: GEORGE HANKS JR.
(Houston)

vs.

Bruce Allen Jackson Jr. (Sui-Juris)

Demand For A Trial By Jury
1067Words

### Counter Claim Against The City Of Houston, Linebarger Goggan Blair Sampson

### Citation Fraud, Insufficient Process, Fraudulent Concealment, Evidence Fraud, Final Judgment Fraud And Unjust Enrichment

### THIS INSTRUMENT IS EXECUITED IN TRUTH, HONESTY IN FACT AND GOOD FAITH

## Summary

1. Comes now Bruce Jackson Jr., a Living Man with the status of an American citizen untrained in law, not self-represented, not represented by licensed counsel, an individual (Sui-Juris) in the exercise of accountability to the laws of his creator.

2. The language in these documents should not be construed as to mislead, or deceive. If it be my error on this issue I do not intend to wave or acquiesce to any right that I may have moving forward.

3. The language in these documents should not be construed as to cause any type of physical hurt, harm or danger to all parties involved. If it be my error on this issue I do not intend for any words in these documents to be understood as envy, hate speech, slander or any word that

would be used to cause any party involved emotional damage. It is to bring a Counter Claim in accordance to Federal Rule 13.

## BASIS FOR JURISDICTION

1. In accordance to Fourteenth Amdt. S1.7.1.1 (personal jurisdiction) pursuant to Title 28, U.S.C., 1331 and Title 18 U.S.C., 211. As instructed at United States District Courts Civil Forms Section II-A the Basis for Jurisdiction is as follows,

*The following bases are Civil and Criminal in nature*

1. Insufficient Process- 42, USC- 1983 (Flawed or Defective Citation, Notice, Summon and Final Judgment documents with intent to conceal its existence with intent to cause injury).

2. Tort Claim Act- 18, US 242 (Willful Ignorance)

3. Interference, Coercion- 42, US 3617 (communicating to cover the scheme)

4. Conspiracy- 42 US 1985 (tampering with evidence, final judgment fraud)

5. Neglect- 42, US 1986 (failure to comply with state law, breach of fiduciary duty)

6. Public Information Act (public record censoring)

## AFFIDAVIT OF FACTS WITHIN

1. As I will to move in honor of the Federal Rules it is my will to stand in Dignity, Integrity and the Excellency of Knowledge.

2. These documents contain at Exhibits A, B and C is Direct, Circumstantial, Physical and Corroborating Evidence that has been preserved to the best of my knowledge.

# **RELIEF**

1. Bruce Allen Jackson Jr., a Living Man, with the status of a citizen do yield myself to the understanding of this court. Since 2023 there has been many compu-directional attempts to cause me physical, mental and financial pain and suffering in dealing with multiple cases, as in #2021-40007, #N39045045, #N39047565, #N39285337 and now #2025-54013 and 2025-118176

2. Affiant respectfully request the cooperation of this Court to enter an order granting Judgment acting as a Permanent, Mandatory, Prohibitory, Mareva (if necessary) Injunction against The City of Houston, their agents, servants, employees, Contracted Attorneys, secret coven members, United States Postal employees, and all persons and entities in active concert or participation with them, directly or indirectly.

3. Affiant respectfully request the cooperation of this Court to enter a Judgment that will satisfy the punitive, compensatory, lost income and emotional damages that the documented evidence here will prove.

4. It is to my knowledge, that the actions of The City of Houston and there Contracted Attorneys working in conjunction with The City of Houston has caused $3,000,000.00 in Actual and Punitive Damages that The City of Houston must be held account. Each acting on his/her own accord has committed crimes and civil torts against Bruce Allen Jackson Jr. as a part of the American People and each member is an employee via voluntary application or an agent contracted to a fiduciary duty, is responsible for his/her share of consequents as they are operating under the Jurisdiction of The City of Houston. It should be reasonable to plead to this

court to grant the value listed, awarded to Bruce Allen Jackson Jr. if no matter of Jurisdiction exists. 3,000,000.00

5. It should be reasonable to plead to this court to grant $500,000 from Linebarger Goggan Blair Sampson as this issue consists of Consequential Damages. Linebarger Goggan Blair Sampson has a duty to act with integrity. $500,000.00

6. $3,000,000.00 awarded to the plaintiff from City of Houston with a settlement value of % .21.

7. $500,000.00 awarded to the plaintiff from Linebarger Goggan Blair Sampson with a settlement value of % .21.

## DECLARATION

**An investigation via Blacks Law into the definition of Moral Responsibility and Willful Ignorance is necessary in such case.**

1. As I wish to stand in honor of Title 6.01- 6.04d Penal Code Texas, Culpable is a word that simply means, deserving blame, but it tends to take on an even deeper meaning in the world of True Crime. In such issues like Mistake of Identity, False Claims and Admissible Evidence, it's typically focused on the defendant. But in some cases, the source of culpability may be something much more, like Wrongful Convictions, Negligent Investigations, or even Corruption. Culpable may be a broad term, but it's an idea that is relevant to each and every case, making it the focal point of this Counter Claim.

2. Ignorance usually excuses an individual from responsibility, unless the person is culpable for the ignorance itself. Since a lot of wrongdoing occurs in ignorance, the question of what makes ignorance culpable is central for a Theory of Moral Responsibility.

3. In this case I examine a prominent answer, which I call the 'Volitionalist Account,' and criticize it on the grounds that it relies on an overly restrictive conception of Responsibility-Relevant Control. I then propose an alternative, which I call the 'Capacitarian Conception of Control,' and on the basis of it I advance an account of Culpable Ignorance that avoids the skeptical upshots of the Volitionalist's proposal.

4. If correct, my account establishes three important truths: agents of agencies, court room officials, public employees and contracted attorneys can be directly in control of their ignorance, they can be directly responsible for more than actions and omissions, and their moral obligations extend beyond the performance of intentional actions and omissions.

September 16, 2025    Bruce Allen Jackson Jr. 5503 Chapman, Houston Texas 77009
Phone 832) 613-1564  *Bruce Jackson Jr*