SUIT NO. 4:25-04311

UNITED STATES DISTRICT COURT (HOUSTON)

515 RUSK HOUSTON TEXAS 77002

CITY OF HOUSTON      VS.      BRUCE ALLEN JACKSON JR.

DEFENDANT

BRUCE ALLEN JACKSON JR. (SUI-JURIS)

"COUNTERCLAIM AFFIDAVIT"

Pg 1

CIVIL ACTION 4:25-cv-04311

United States Courts
Southern District of Texas
FILED

OCT 23 2025

# CERTIFICATE OF SERVICE

Nathan Ochsner, Clerk of Court

I Bruce Jackson Jr. certify that a copy of this document was sent to the attorney on record on or before the filing day.

OCTOBER 20, 2025

**Angelica Hernandez,** Linebarger Goggan Blair & Sampson, LLP, Attorney for Houston Community College, City of Houston, and Houston Independent School District, P.O. Box 3064, Houston, TX 77253.

## CONTENTS

**COUNTERCLAIM AFFIDAVIT--- SIX PAGES**

**EXHIBITS "D"--- FIVE PAGES**

**--EXHIBITS HAVE BEEN FILED WITH THE COURT--**

**THIS SERVICE CONSIST OF ELEVEN PAGES**

OCTOBER 22, 2025   Bruce Allen Jackson Jr. 5503 Chapman, Houston Texas 77009

Phone 832) 613-1564   *Bruce Jackson JR*

**COUNTER CLAIM AFFIDAVIT**                                OCTOBER 20, 2025

CITY OF HOUSTON                                 United States District Court
                                                Civil Action No. 4:25-cv-4311
vs.                                             JUDGE: GEORGE HANKS JR.
                                                         (Houston)

Bruce Allen Jackson Jr. (Sui-Juris)

                                                         1,634 Words

## COUNTERCLAIM AFFIDAVIT

## THIS INSTRUMENT IS EXECUITED IN TRUTH, HONESTY IN FACT AND GOOD FAITH

## SUMMARY

1. In accordance to Federal Rule 7(C)(2),

2. Comes now Bruce Allen Jackson Jr. (Sui-Juris) for himself, in making the following statements of fact with supporting evidence in support of the Counter Claim as follows,

3. If it be One Good Man to sit and evaluate, taking "Judicial Notice", of all the Hard Evidence that has been filed by Bruce Jr. in this case now at hand and All the evidence filed in previous cases named in the relief section of the Counter Claim, One will clearly see a pattern that the State and Municipal Jurisdiction for Harris County and there Contracted Attorneys are trading, evading information and tampering with evidence in a fashion that would be subjecting to crimes under the Racketeering Influenced and Corrupt Organizations Act.

4. It seems that as myself, when I write Notices, Motions, Affidavits, or file any Hard Documented Evidence, my documents are being read and "A Person" is going in the Filing System to switch, alter, or add documents to make the record fit the pleadings. I Bruce Allen Jackson Jr. have witnessed this and clear examples of these actions are as follows,

Pg 2

## **FACTS GIVING RISE TO COUNTERCLAIM**

1. **THE ATTACHED EXHIBITS "D",** Please take Clear Judicial Notice of the Chronological History page of the record for State case 2025-54013 now Federal case 4:25-cv-4311. Photo "A" is the history as of September 02, 2025. Photo "B" is the history as of October 15, 2025. Photo "C" is the print out that I had to go get from the law library because the clerk could not print it out as of October 15, 2025. Photo "D" is the State Docket Page as of October 15, 2025

    There are documents there, that were not there before, that are dated for August 19/29, 2025 and other documents that has been removed or switched. Some are concealed for the fact that they are not visible to the docket sheet showing the same date so it can be printed, and entered for the record as Hard Evidence. (Public Information Act, public record censoring). In my fact, it seems that the clerks system has the ability to alter the dates.

    These documents some appeared and disappeared only after the defenses Pleadings.

2. **DEFAULT JUDGEMENT HARVISTING,** Exhibit "B" sub (A pg. 6) is a Judgment made on September 21, 2023 signed by Judge Ravi Sandil. It is showing to be filed on August 31, 2023, that is nearly one month before the order was even given. This action gives Linebarger, the State Court (Judge Ravi Sandil), the clerks, and possibly persons in the Imaging Department the element of "Capacitarian Conception" giving rise to Final Judgment Fraud. Furthermore, there had to have been an Officer "under oath" to sign off on the service or there was no service because my dad is dead and I never received notice.(statement #2 is one part reason that gave cause of action for civil action #4:25-cv-01117) I gave notice to the Harris County Attorney's Office asking how did this document get filed 21 days early, they never answered.

Pg 3

They were attempting this action again for 2025-54013 but stopped and started switching documents when I made notice. The documents of proof have since been removed from the docket page. (Exhibit "D", photo "D")

3. **INSUFFICIENT PROCESS,** If Linebarger were to use any documentation from the Court Record for Civil Action 2025-54013 along with the Joinders, as of October 13, 2025, they would be committing a felony on a State Level and a Class "A" misdemeanor at a Federal Level, since cause, all the evidence has been proven to be tampered by State and/or City Officials and the attorney will possibly use those documents to move forward in State Court. (25 CFR 11.440, Texas Penal Code - 37.09).

## ACTIONS GIVING RISE TO COUNTERCLAIM

1. **FRAUDULENT/IMPROPER JOINDER,** It can be seen, yet misunderstood, that the Plaintiffs plan to join an In Rem Only Defendant to the case that has nothing to do with the subject matter and has not yet validated the standing. (see original petition)

2. **FRAUD ON THE COURT,** It can be seen, yet misunderstood, that the court clerks or someone in the courts Imaging Department are switching, altering and removing documents to fix the state court docket sheet into the Plaintiffs favor. It also seems that there are Service Officers signing off on services that has not truly been served.

3. **FRAUDULENT CONCEALMENT,** There are Documents located at the Chronological History Page that are not visible and printable to the State Docket Page. In fact the clerks at the Harris County Clerk's office don't even know that the page even exists. (Clerk Supervisor told me that he has never seen the page before). I have never seen some of those documents. They show to be served but that is impossible, they were not in the original petition that I received on September 3, 2025. (10/2025

Linebarger paralegal Cassandra, told me that she was the one that changed the address in there system 08/2025 after countless notices with the correct address for the last two years 2023-2025.

It is believed that Linebarger may be withholding other information's that does not fall in the scope of this case but is significant, since cause, after federal racketeering/identity fraud case 4:25-cv-01117 was filed against "the city" Linebarger sent Warrant Notices to the property now at issue to Ebony Witt who is my dad's widows daughter. This information would possibly show evidence of a much greater issue. (why would Linebarger be sending warrant notices for Ebony to 5503 Chapman 77009, she don't live here, she hasn't been around here since my dad died (2020). When I called Linebarger, I was instructed to send the notice back. When I tried to give Ms. Lopez linebarger secretary the correct contact information for Ebony, she refused it and wouldn't tell me what the notice was about. Then about 90 days later they sent another warrant notice.) The action in parentheses is yet another act of Willful Ignorance and concealment.

4. These three concepts are usually discovered in 42 U.S.C. 1983, 1985, 1986 Civil Actions:

### AFFIANT DECLARATION

1. If it be an Attorney under State Jurisdiction, attempt to try this case, will be proper to stand in the Account of Volition under the Doctrine of Willful Ignorance, which gives rise to a Tort Claim. It is this action that gives rise to a Federal Question, since cause, the evidence show it would violate a due process clause called Insufficient Process, (Flawed or Defective Citation, Notice, Summon and Final Judgment documents with intent to conceal its existence with intent to cause injury).

2. The Plaintiffs Attorney would be knowingly exercising Misconduct, Malpractice and Willful Ignorance by way of introducing falsified and fabricated evidence in court leading to Federal Discipline Actions giving rise to 42 U.S.C. 1986.

## CONCLUTION

1. In such events that are happening and attempting to happen, it is not wise for any Knowing Individual to be subject to such dishonorable actions that give rise to Federal Venue do to Neglect and a breach of fiduciary duty. It seems that, from my side of the isle, that the discovery process of the evidence in case 2025-54013 which is now 4:25-cv-4311 can only be made through a more strategic means.

2. The question at this point in this case is, can lower court room officials and employees tamper and switch evidence and the court be deemed sufficient to proceed without inducing a federal question? Are the contracted attorneys, state and city actors bared from a Civil Reaction for fraud that has a much greater consequence, by way of a Counter Claim with a supporting affidavit filed in a Federal Court, through the case they presented at state level, when there is clear evidence of fraud and criminal activity?

3. Harris County Court and the City of Houston have not clean hands and have neglected many laws, statutes, rules, and codes to host this action being presented. The employees seem to be nescience and very irresponsible. I'll make mention that one time I went to file pleadings at the Houston Municipal Court clerk's office and one of the clerks (did not get his name, he was not wearing a name tag) told me, that he couldn't do it, that they only take money and only attorneys can file paperwork not the people. After compelling him, then he told me to go to a more secluded window and scanned my documents into the record. I politely asked him "why did you say you couldn't do it?" he stuttered for about 15 seconds, I just looked at him there through the glass, thin I said "simple mistake" he said yes simple mistake (this type of employee is willfully nescience "or just lying" but his actions are classified as the Volitionalist Account, understood as the physical being ratifying the concept of willful ignorance on behalf of "the city"). City and state employees operating at this capacity should be labeled as dangerous

and unemployable, since cause, his actions are a direct violation of the 1st Amendment. (I afraid to say, I don't think he's competent enough to know he's breaking the 1st Amendment)

*The wise may say... though forgiveness may be divine, equity will not suffer a wrong to be without a remedy...*

October 22, 2025   Bruce Allen Jackson Jr. 5503 Chapman, Houston Texas 77009

Phone 832) 613-1564   *Bruce Jackson JR*

**NOTARY ACKNOWLEDGEMENT**

This instrument was acknowledged before me this 22nd day of October, 2025 by *Bruce Jackson JR*

STATE OF Texas, COUNTY Harris.

MONICA M. FALCON
Notary Public, State of Texas
Comm. Expires 11-03-2028
Notary ID 130887370

Notary Public, *Monica M Falcon*